IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:12-cr-193-MEF |
| | ) | |
| VERNON HARRISON | ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's Objections to Recommendation of the Magistrate Judge (Doc. #68) filed on April 19, 2013 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #59) entered on April 5, 2013 is adopted;

3. The defendant's motion to suppress (Doc. #32) is DENIED.

DONE this the 8th day of May, 2013.

                                               /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE